

DUPLICATE

ADDENDUM NO. 2

to

CONTRACT OF REINSURANCE

issued to

ROYAL INSURANCE COMPANY, LIMITED (U.S. BRANCH)
AMERICAN AND FOREIGN INSURANCE COMPANY
THE BRITISH AND FOREIGN MARINE INSURANCE COMPANY LIMITED (U.S. BRANCH)
GLOBE INDEMNITY COMPANY
THE LIVERPOOL & LONDON & GLOBE INSURANCE COMPANY LIMITED (U.S. BRANCH)
THE LONDON AND LANCASHIRE INSURANCE COMPANY, LIMITED (U.S. BRANCH)
THE MARINE INSURANCE COMPANY, LIMITED (U.S. BRANCH)
NEWARK INSURANCE COMPANY
QUEEN INSURANCE COMPANY OF AMERICA
ROYAL INDEMNITY COMPANY
SAFEGUARD INSURANCE COMPANY
STANDARD MARINE INSURANCE COMPANY, LIMITED (U.S. BRANCH)
THAMES AND MERSEY MARINE INSURANCE COMPANY, LIMITED (U.S. BRANCH)

(hereinafter either individually or collectively called the "Group")

By

CERTAIN INSURANCE COMPANIES
each for its own part and not one for the other
(hereinafter called the "Reinsurers")

CONTINGENCY SECOND EXCESS OF LOSS COVER

It is hereby understood and agreed that effective 12:01 a.m., January 1, 1969 this Contract is terminated in accordance with the provisions of Article 4 (Term and Cancellation).

All other terms and conditions of this Contract remain unchanged.

SIGNED, in New York, New York, this   15ᵗ   day of April
1969

ROYAL INSURANCE GROUP

_____
VICE PRESIDENT

and in LONDON         , this 13 day of OCTOBER, 1969.

CERTAIN INSURANCE COMPANIES
as defined in the schedule attached hereto.



In witness whereof I being a representative of the leading Office
which is duly authorised by the Reinsurers have hereunto subscribed
my name on their behalf.

REDACTED

Exhibit

4







EXhibit

5







Exhibit
6