UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

EAGLE STAR INSURANCE COMPANY
LIMITED and HOME AND OVERSEAS
INSURANCE COMPANY LIMITED,

        Petitioners,

   -against-                                13 Civ. 3410 (HB)

ARROWOOD INDEMNITY COMPANY,     ORDER
f/k/a ROYAL INDEMNITY COMPANY

        Respondent.
-----------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/13

**Hon. HAROLD BAER, JR., District Judge:**

    WHEREAS certain information at issue in this matter is of a confidential nature, it is hereby

    ORDERED that paragraph 13 of the Petition for an Order Confirming "Final Award" and Entry of Judgment (the "Petition") shall be redacted from the public record and filed under seal; and it is further

    ORDERED that Exhibit 4 and Exhibit 5 annexed to the Petition shall be redacted from the public record and filed under seal.

SO ORDERED.

Date: 6/3/13
New York, New York

                                          HAROLD BAER, JR.
                                          United States District Judge