UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| EAGLE STAR INSURANCE COMPANY LIMITED and HOME AND OVERSEAS INSURANCE COMPANY LIMITED,<br><br>    Petitioners,<br><br>vs.<br><br>ARROWOOD INDEMNITY COMPANY, f/k/a ROYAL INDEMNITY COMPANY,<br><br>    Respondent,<br><br>and<br><br>EMPLOYERS INSURANCE COMPANY OF WAUSAU; STRONGHOLD INSURANCE COMPANY LIMITED; ALLSTATE INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; NATIONAL CASUALTY COMPANY,<br><br>    Movant-Intervenors. | Civil Action No.:  13 CV 3410 HB/DCF<br><br>**NOTICE OF MOTION TO INTERVENE AND TO UNSEAL JUDICIAL DOCUMENTS** |

---

**PLEASE TAKE NOTICE,** that upon the accompanying affidavits and exhibits, together with the memorandum of law Employers Insurance Company of Wausau, Nationwide Mutual Insurance Company, National Casualty Company, Stronghold Insurance Company Limited, and Allstate Insurance Company will move the Court for an Order permitting intervention pursuant to Federal Rule of Civil Procedure 24(b) for the limited purpose of unsealing the final arbitration award.

Date:  June 28, 2013  **LARSON • KING, LLP**

By:  /s/ Daniel C. Adams
Keith A. Dotseth (210304) (*pro hac vice pending*)
Hilary J. Loynes  (0389050) (*pro hac vice pending*)
Daniel C. Adams (NY Atty. ID #2815371)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Tel:  (651) 312-6500
Fax:  (651) 312-6618
*Attorneys for Movant-Intervenors Employers Insurance Company of Wausau, Nationwide Mutual Insurance Company, and National Casualty Company, Stronghold Insurance Company Limited, and Allstate Insurance Company*

*Of Counsel:*

David M. Raim
Carey G. Child
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave N.W.
Washington, DC 20036
Tel:  (202) 495-1260
Fax:  (202) 974-6930
*For Movant-Intervenor Stronghold Insurance Company Limited*

Robert J. Bates, Jr.
John E. Rodewald
BATES CAREY NICOLAIDES LLP
191 North Wacker, Suite 2400
Chicago, Illinois 60606
Tel:  (312) 762-3131
Fax: (312) 762-3200
*For Movant-Intervenor Allstate Insurance Company*

LK 1372019-v1