UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CIV 3410**

-----------------------------------------------------------x

EAGLE STAR INSURANCE COMPANY LIMITED
and HOME AND OVERSEAS INSURANCE
COMPANY LIMITED,

    Petitioners,

vs.

ARROWOOD INDEMNITY COMPANY, f/k/a
ROYAL INDEMNITY COMPANY,

    Respondent.

-----------------------------------------------------------x

Civil Action No.:

FILED UNDER SEAL

RECEIVED MAY 21 2013 CASHIERS

## PROPOSED ORDER TO SEAL

AND NOW, this ___ day of May 2013, upon consideration of Petitioners' request to file under seal, it is hereby ORDERED that the Clerk of the Court is directed to file all documents in connection with this action under seal.

Dated:    New York, New York
             May 21, 2013

*[Handwritten: Petitioner's motion to file this action under seal is denied, except to the extent that Exhibit 6 to the Petition and the Memorandum of Law may be filed under seal, subject to review by the judge assigned to this action. So ordered.]*

United States District Judge